**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**BHAVESH KUMAR THAKKAR,**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CRIMINAL NO. 1:25-CR-258-RP** |

## GOVERNMENT'S JURY TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT NAME | ADMITTED |
|---|---|---|
| **1** | August 8 Treasury Letter | |
| **2** | Photo of $60000 | |
| **3** | Photo of Box | |
| **4** | August 10 Treasury Letter | |
| **5** | Bank Receipt for $20000 | |
| **6** | Photo of $70000 | |
| **7** | August 12 Treasury Letter | |
| **8** | Photo of $50000 | |
| **9** | Lastinger Driving Video Clip 1 | |
| **10** | Lastinger Driving Video Clip 2 | |
| **11** | Lastinger Driving Video Clip 3 | |
| **12** | Photo of $130000 | |
| **13** | Lastinger Fence Camera Clip | |
| **14** | BLANK | |
| **15** | Screenshot Taliaferro Body Cam - Box on Floorboard | |

| | | |
|---|---|---|
| **16** | Mazda | |
| **17** | Mazda LP | |
| **18** | Photo of Patel ID | |
| **19** | Sarah Voelker Label | |
| **20** | Preliminary_Device_Report_Patel iPhone | |
| **21** | Preliminary_Device_Report_Samsung | |
| **22** | Patel Chats with Dhruv Mangukiya | |
| **23** | Screenshot of Messages with Hunter | |
| **24** | Patel and Hunter WhatsApp Communications | |
| **25** | Example of UPS Tracking (6889) | |
| **26** | Example of UPS Tracking (2722) | |
| **27** | Sarah Voelker Photo | |
| **28** | Photo of Map to The Hills Texas | |
| **29** | Photo of Map to Randalls in Lakeway | |
| **30** | Photo of Box from The Hills Victim | |
| **31** | Patel Unboxing Video | |
| **32** | Photo of Gold Invoice from 8.12.2024 (page 1) | |
| **33** | Photo of Gold Invoice from 8.12.2024 (page 2) | |
| **34** | Patel Samsung Call Log | |
| **35** | Patel Call Log With Kem Burger | |
| **36** | Photo of Dollar with 18 oz | |
| **37** | Photo of Rakesh Barot | |
| **38** | Photo of Laura Sanders | |
| **39** | Photo with Map and Yorktown Victim Information | |
| **40** | Photo of Five One-Kilo Gold Bars | |
| **41** | Photo of Dollar with 5 Kg Rec | |

| | | |
|---|---|---|
| **42** | PATEL Proffer Letter | |
| **43** | Kishan PATEL Plea Agreement (Dkt 45) | |
| **44** | PATEL 5K Letter | |
| **45** | PATEL Amended J&C (Dkt 94) | |
| **46** | BLANK | |
| **47** | BLANK | |
| **48** | BLANK | |
| **49** | BLANK | |
| **50** | Laura Sanders Gold Receipts and Invoices_Redacted | |
| **51** | Photo Gold Order 1 | |
| **52** | Photo Gold Order 2 alt view | |
| **53** | Photo Gold Order 2 | |
| **54** | Demonstrative Presentation -<br>SA Loren Miller Exhibits Part 1 | |
| **55** | Demonstrative Presentation -<br>SA Loren Miller Exhibits Part 2 | |
| **56** | BLANK | |
| **57** | BLANK | |
| **58** | BLANK | |
| **59** | BLANK | |
| **60** | BLANK | |
| **61b** | Call Center Video1 -<br>307D964E-52B8-4B27-9DCB-6B3004181B4B | |
| **62b** | Screenshot US Map - Call Center Video 1 | |
| **63b** | Call Center Video2 -IMG_0679 | |
| **64** | Translated - WhatsApp Messages - 1917211 | |
| **65** | Amingo Thakkar 10.25 WhatsApp Message<br>re Shipments Tampa | |

| | | |
|---|---|---|
| **66** | ATT Records - 218 Number | |
| **67** | CharterSpectrum Results 213 Number<br>Subscriber Harikrishna Jewelry -<br>196D-SA-3966290-GJ_0000021_1A0000010_0000002 | |
| **68** | Cali Sec State Filing -<br>196D-SA-3966290-KEM_0000057_Import | |
| **69** | Screenshot - User Accounts - First iCloud -<br>WhatsApp Lyft | |
| **70** | Example Images of Gold - First iCloud | |
| **71** | Charter Spectrum Results - Bhavesh Thakkar -<br>196D-SA-3966290-GJ_0000053_1A0000023_0000002.pdf | |
| **72** | Second iCloud - User Accounts | |
| **73** | Second iCloud Subscriber Info | |
| **74** | Insurance Card - 10c031f9-5b54-47fb-893d-3ec015b4a6dd | |
| **75** | Vehicle Estimate - 03EAD9E2-FCDF-40E1-8E73-<br>2CAD3FC052ED | |
| **76** | Spectrum Bill - c01a56a2-78e9-49a1-93de-0c58dd1d99f4 | |
| **77** | Flight Info Screenshot - IMG_1362 | |
| **78** | Burger Plane Emoji Group | |
| **79** | Assortment of gold bars - tabletop -<br>1509042-BACKUP-21618156.zip_embedded_2520 | |
| **80** | Gold on Car Seat -<br>1509042-BACKUP-21618156.zip_embedded_2790 | |
| **81** | Gold on Scale -<br>1509042-BACKUP-21618156.zip_embedded_2853 | |
| **82** | Gold purchase tray - elderly arm in background -<br>1509042-BACKUP-21618156.zip_embedded_2184 | |
| **83** | Number Stacks - coins -<br>1509042-BACKUP-21618156.zip_embedded_2305 | |
| **84** | Kitco Screenshot -<br>8603bcef-49bf-4471-8835-a9c90e08979a | |

| | | |
|---|---|---|
| **85** | Jan.10 Notebook Entry Example -<br>ee8aa897-f0a3-42a3-9dd4-cc293c03ae93 | |
| **86** | Notebook Tracking Metal - 0000001_Carved | |
| **87** | Malca slip signed -<br>56f728df-7536-4848-a4b7-0861ae77e297 | |
| **88** | Malca PDF versions<br>0f5aee69-7c4c-4c79-a099-ce76fbfbaede | |
| **89** | Premier Coin Galleries Subpoena Response | |
| **90** | Jeson Thakkar 8.13 Gold Transfer WhatsApp Messages | |
| **91** | Patel Cell Phone Location Data 8.13 | |
| **92** | Google Maps - Patel Location Plotted Houston Kroger | |
| **93** | Google Maps - Lakeway Randalls Patel<br>Device Location Plotted | |
| **94** | Malca Amit Shipping Label 30k 1 lb | |
| **95** | Malca Amit - HJ - Invoices | |
| **96** | Malca Amit - HJ - Transits | |
| **97** | Malca Amit - HJ - Accounting Receipts | |
| **98** | Malca Amit - Account Documents | |
| **99** | Patel Cell Phone Locations Plotted 8.16 Transfer | |
| **100** | Jeson Thakkar messages 8.21-8.22 | |
| **101** | Patel Device Locations - Kroger | |
| **102** | Sanders Transfer George Thakkar Messages | |
| **103** | Malka Amit HJ - Transit Receipts 2024 3rd and 4th Qtr | |
| **104** | Malca Delivery Receipt from iCloud 4237266 | |
| **105** | Bill Johnson ID | |
| **106** | Package Sent to Bill Johnson | |
| **107** | Photo of ID Printer | |
| **108** | Photo of Fake IDs | |

| | | |
|---|---|---|
| **109** | Mangukiya Dollar Bill (43250) | |
| **110** | Photo 1 of Mangukiya Cash | |
| **111** | Photo 2 of Mangukiya Cash | |
| **112** | Photo Array for Mangukiya | |
| **113** | MANGUKIYA Proffer Letter | |
| **114** | MANGUKIYA Plea Agreement (signed) | |
| **115** | MANGUKIYA 5K Letter | |
| **116** | MANGUKIYA J&C | |
| **117** | BLANK | |
| **118** | BLANK | |
| **119** | BLANK | |
| **120** | Phone Collage | |
| **121** | Prepaid Phone Boxes_DSC0150 | |
| **122** | Phone Box Up close_DSC0151 | |
| **123** | Phone Receipt_DSC0163 | |
| **124** | Lyca Sim Kits_DSC0162 | |
| **125** | Sim Cards-Delta Receipt_DSC0139 | |
| **126** | Yellow Bin Mid Range Items 4-5-6_DSC0126 | |
| **127** | Closet Item 27 Mid Range_DSC0165 | |
| **128** | Ready Card 26_DSC0197 | |
| **129** | Ready Card 26 Back_DSC0198 | |
| **130** | Ready Card Receipt -PXL_20250703_155051439 | |
| **131** | Ready Card Table View Back - PXL_20250703_155531506 | |
| **132** | Ready Card Table View Front - PXL_20250703_155312035 | |
| **133** | Ready Cards Item 27_DSC0168 | |
| **134** | Ready Cards from grey backpack-<br>PXL_20250703_154514173~3 | |

| | | |
|---|---|---|
| **135** | DSC0141 | |
| **136** | Inside Passport View_DSC0144 | |
| **137** | Closet Mid Range - Money Counter _DSC0120 | |
| **138** | Composition Notebooks Item 3_DSC0121 | |
| **139** | Green Notebook Writings | |
| **140** | Hand Written Notes_DSC0148 | |
| **141** | Dollar Bill Mid Range_DSC0117 | |
| **142** | Dollar Bill Up Close_DSC0118 | |
| **143** | Room Mid Range Items 7-8-9_DSC0132 | |
| **144** | Item 7 - K Parker Box_DSC0138 | |
| **145** | KParker Shipping Label Alt View_DSC0137 | |
| **146** | KParker Shipping Label Up Close_DSC0136 | |
| **147** | Box Item 7_DSC0133 | |
| **148** | Contents Box 7 - Silver _DSC0140 | |
| **149** | Box Item 8_DSC0134 | |
| **150** | Inside Contents Box 8 - silver coins_DSC0191 | |
| **151** | Box Item 9 _DSC0135 | |
| **152** | Inside Box 9 - Kirk Parker_DSC0192 | |
| **153** | Kirk Parker Notes | |
| **154** | BLANK | |
| **155** | Photo of Door 709 | |
| **156** | Photo of Entry | |
| **157** | Photo of Room A | |
| **158** | Photo of Door to Room B | |
| **159** | Photo of Boxes 1 | |
| **160** | Photo of Boxes 2 | |

| | | |
|---|---|---|
| **161** | Photo of Currency Counter | |
| **162** | Photo of Safe | |
| **163** | Photo of Ready Card Receipt | |
| **164** | Photo of Torn Malca Receipt 1 | |
| **165** | Photo of Torn Malca Receipt 2 | |
| **166** | Photo of Cell Phone | |
| **167** | Photo of Diamond Receipts 1 | |
| **168** | Photo of Diamond Receipts 2 | |
| **169** | Photo of Car Rental Receipt | |
| **170** | Photo of Bank Mail | |
| **171** | Harikrishna Corporate Compliance Notice | |
| **172** | Photo of Malca Receipt 3 | |
| **173** | BLANK | |
| **174** | BLANK | |
| **175** | Historical Device Location Analysis | |
| **176** | BLANK | |
| **177** | BLANK | |
| **178** | BLANK | |
| **179** | BLANK | |
| **180** | BLANK | |
| **181** | Chase Bank Records - Harikrishna Jewelry | |
| **182** | Ready Cards - 1509042-BACKUP-21618156.zip_embedded_4312 | |
| **183** | Ready Station kiosk - 1509042-BACKUP-21618156.zip_embedded_3970 | |
| **184** | Ready Cards- Transaction History - 196D-SA-3966290-KEM_0000086_1A0000045_0000001 | |

| | | |
|---|---|---|
| **185** | Southwest Airlines - Bhavesh Thakkar | |
| **186** | United Airlines Records | |
| **187** | American Airlines Records | |
| **188** | Delta Airlines Records - Bhavesh Thakkar | |
| **189a** | Spirit Airlines 1 | |
| **189b** | Spirit Airlines 2 | |
| **189c** | Spirit Airlines 3 | |
| **190** | Airline Summary | |
| **191** | Jeson Thakkar Chicago Transfer Messages - Summary Excerpt | |
| **192** | T-Mobile Record - Chicago 6.18 | |
| **193** | Message Exchange - Orders of Ahmedabad | |
| **194** | 5 Star Los Angeles Group Members | |
| **195** | 5 Star Los Angeles Group Message - India Orders | |
| **196** | 5 Star Los Angeles Spreadsheet Related Messages | |
| **197** | Image of Jerry NY Spreadsheet from 1B54 | |
| **198** | Account Ledger Jerry LA (1) | |
| **199** | Account Ledger Jerry NY (2) | |
| **200** | Account Ledger Jerry NY (3) | |
| **201** | Hawala Receipt Image Mr. Chirag | |
| **202** | Jerry New York Mr. Chirag Messages | |
| **203** | Thakkar Interview Clip | |
| **203B** | Thakkar Interview Transcript | |
| **204** | No Picking Thread | |
| **205** | Messages re Complaint | |

| | | |
|---|---|---|
| **206** | District of New Jersey _ Five Men Charged with Using New York Diamond District Companies as Fronts to Illegally Move More Than $600 Million | |
| **207** | Cell Phone 1B53 - Device Info | |
| **208** | New Jersey Complaint | |
| **209** | Summary Malca Amit - Harikrishna Jewelry | |
| **210** | Summary Malca Amit Divine Jewels | |
| **211** | Image of Divine Jewels Malca Label from 1B54 | |
| **212** | Malca Amit - HJ - Transit Receipts 2024 1st and 2nd Qtr | |
| **213** | | |
| **214** | | |
| **215** | | |
| **216** | | |
| **217** | | |
| **218** | | |
| **219** | | |
| **220** | | |
| **221** | | |

*Respectfully submitted*,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

/s/ *Keith Henneke*

KEITH M. HENNEKE
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax: (512) 916-5854

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed on September 25, 2026 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendant.

/s/ *Keith Henneke*
KEITH HENNEKE
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax: (512) 916-5854