UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00258(1)-RP |
| | § | |
| (1) Bhavesh Kumar Thakkar | § | |

# LIST OF WITNESSES AT JURY TRIAL

| BY | GOVERNMENT | BY | DEFENDANT |
|---|---|---|---|
| 1. | Kent Lastinger | 1. | Bhavesh Thakkar |
| 2. | John Ortis | 2. | |
| 3. | Shelby Davis | 3. | |
| 4. | Kishan Patel | 4. | |
| 5. | Laura Sanders | 5. | |
| 6. | Loren Miller | 6. | |
| 7. | Taylor Page | 7. | |
| 8. | Dhruv Mangukiya | 8. | |
| 9. | Kyle Fisher | 9. | |
| 10. | Kirk Parker | 10. | |
| 11. | Nathan Lundy | 11. | |
| 12. | recalled Loren Miller | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |